1  **FOLEY & LARDNER LLP**
   ATTORNEYS AT LAW
   ONE MARITIME PLAZA, SIXTH FLOOR
2  SAN FRANCISCO, CA 94111-3409
   TELEPHONE: 415.434.4484
3  FACSIMILE: 415.434.4507

4  KEVIN F. WOODALL, BAR NO. 180650
   JENNIFER B. HOCHSCHILD, BAR NO. 221450
   ATTORNEYS FOR DEFENDANT, IAP WORLD SERVICES, INC.
5  (ERRONEOUSLY SUED HEREIN AS "JOHNSON CONTROL WORLD
   SERVICES, INC.")

6  **LAW OFFICE OF JARED ROBINSON SMITH**
   1626 MERRITT DRIVE
   NOVATO CA 94949
7  TELEPHONE: 415-828-7986
   FACSIMILE 415-276-2368
8  EMAIL: JAREDRSMITH@YAHOO.COM

   JARED ROBINSON SMITH, BAR NO. 130343
9  ATTORNEY FOR PLAINTIFF, OLANDO GRAVES

10

11              UNITED STATES DISTRICT COURT

12          FOR THE NORTHERN DISTRICT OF CALIFORNIA

13                  SAN FRANCISCO DIVISION

14

15 | OLANDO E. GRAVES,           )  CASE NO. C05-01772 SC
                                 )
16 |        PLAINTIFF,           )  STIPULATION FOR FILING OF AMENDED
                                 )  ANSWER AND ORDER THEREON
17 |     v.                      )
                                 )
18 | JOHNSON CONTROL WORLD       )
   | SERVICES, INC., ET AL.,     )
19 |                             )
   |        DEFENDANTS.          )
20 |_____)

21     IT IS HEREBY STIPULATED by and between the parties hereto through their

22 respective attorneys of record that Defendant may file an Amended Answer, a copy of

23 which is attached hereto.

24     IT IS FURTHER STIPULATED that the Plaintiff waives notice and service of the

25 Amended Answer.

26 ///

27 ///

28 ///

---

STIPULATION FOR FILING AMENDED ANSWER
CASE NO. C05-01772 SC

SFCA_376518.1

1  **IT IS SO STIPULATED.**

2  DATE: 1/5/06

                                   FOLEY & LARDNER LLP
                                   KEVIN F. WOODALL
                                   JENNIFER B. HOCHSCHILD

BY: _____
KEVIN F. WOODALL
ATTORNEYS FOR DEFENDANT, IAP WORLD SERVICES, INC. (ERRONEOUSLY SUED HEREIN AS "JOHNSON CONTROLS WORLD SERVICES, INC.")

DATE: 1/6/2006

LAW OFFICES OF JARED ROBINSON SMITH

BY: _____
JARED ROBINSON SMITH
ATTORNEY FOR PLAINTIFF, OLANDO GRAVES

**PURSUANT TO THE STIPULATION BETWEEN THE PARTIES, IT IS SO ORDERED.**

Date: January 6, 2006

_____
The Honorable Samuel Conti
United States District Judge

GRANTED
*[signature]*
Judge Samuel Conti

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]

2
STIPULATION FOR FILING AMENDED ANSWER
CASE NO. C05-01772 SC

SFCA_376518.1