UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLANDO GRAVES, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOHNSON CONTROL WORLD SERVICES,<br>INC., et al.,<br><br>　　　　Defendants. | No. C-05-01772 SC<br><br>ORDER GRANTING<br>PLAINTIFF'S MOTION<br>FOR PERMISSION<br>TO APPEAL<br><u>IN FORMA PAUPERIS.</u> |

　　The Court hereby GRANTS Plaintiff Olando Graves' motion for permission to appeal in forma pauperis.

　　Rule 24(a)(1) of the Federal Rules of Appellate Procedure requires that a motion to a district court for leave to appeal in forma pauperis be accompanied by an affidavit showing:  "(A) . . . the party's inability to pay or give security for fees and costs; (B) claims an entitlement to redress; and (C) states the issues that the party intends to present on appeal."  Plaintiff's affidavit attached to his Motion includes only information which satisfies part A of these requirements.  However, excluding certain conditions that do not apply here, Rule 24(a)(3) of the Federal Rules of Appellate Procedure provides that "[a] party who was permitted to proceed in forma pauperis in the district-court action . . . may proceed on appeal in forma pauperis without further authorization."  In an order issued on February 17, 2006, Judge Charles Breyer granted Plaintiff's motion to proceed in

forma pauperis in the district-court action underlying Plaintiff's appeal. Plaintiff, therefore, was not required to seek leave of this Court to appeal in forma pauperis, and so the Court will not withhold such leave on the basis of the deficiencies in Plaintiff's affidavit discussed above.

For the aforementioned reasons, Plaintiff's motion for permission to appeal in forma pauperis is hereby GRANTED.

IT IS SO ORDERED.

Dated: July 6, 2006

_____
UNITED STATES DISTRICT JUDGE